ACCEPTED
03-15-00064-CV
7371201
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 1:13:03 PM
JEFFREY D. KYLE
CLERK

**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New Orleans | San Antonio | The Woodlands | Washington, D.C.

401 Congress Avenue          512.370.2800 OFFICE
Suite 2100                   512.370.2850 FAX
Austin, Texas  78701         winstead.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 1:13:03 PM
JEFFREY D. KYLE
Clerk

October 14, 2015

direct dial 512.370.2818
jruiz@winstead.com

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
Price Daniel, Sr. Bldg.
Room 101
209 W. 14th Street
Austin, Texas 78701

    Re:    No. 03-15-00064-CV;  Trial Court Case No. D-1-GN-14-004535
        *Elite Auto Body LLC, d/b/a Precision Auto Body; Rey R. Hernandez; Yesica Diaz;*
        *and David Damian v. Autocraft Bodywerks, Inc. now known as Wasson Road*
        *Ventures, Inc. d/b/a Autocraft Bodywerks*; In the Court of Appeals, Third District
        of Texas, in Austin, Texas

Dear Mr. Kyle:

    Please take notice that James G. Ruiz will present the argument for Appellee, Autocraft Bodywerks, Inc., in the referenced case set for submission and oral argument on November 4, 2015.

    If you have any questions or comments with respect to this matter, please do not hesitate to call.

           Sincerely,
           WINSTEAD PC

           James G. Ruiz

JGR/kd

v.

WINSTEAD PC | ATTORNEYS